# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0607
Lower Tribunal No. F24-13346
_____

**Benjamin Hopkins,**
Appellant,

vs.

**Ricky Dixon, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Carlos Lopez, Judge.

Benjamin Hopkins, in proper person.

James Uthmeier, Attorney General, and Christopher M. Sutter, Senior Assistant Attorney General (Ft. Lauderdale), for appellee Ricky D. Dixon, Secretary of the Florida Department of Corrections.

Before EMAS, LINDSEY, and LOBREE, JJ.

PER CURIAM.

Appellant Benjamin Hopkins filed a Notice of Appeal on March 28, 2025, seeking relief from the trial court's "Amended Order Denying Petition for Writ of Habeas Corpus." That Order was rendered February 14, 2025. Because this Notice of Appeal was not filed within 30 days of rendition of the Order appealed, we are compelled to dismiss the appeal for lack of jurisdiction. See Fla. R. App. P. 9.110(b); Am. Auto. Ass'n v. C.D.S. Towing & Recovery Inc., 805 So. 2d 1064, 1065 (Fla. 3d DCA 2002) ("The time for taking an appeal is a jurisdictional requirement established by Florida Rule of Appellate Procedure 9.110(b). Where the notice of appeal is not filed within thirty days of rendition, the appellate court is precluded from exercising jurisdiction over the appeal." (quoting Tyler v. State, Governor Chiles, 718 So. 2d 811, 812 (Fla. 2d DCA 1997))).

Dismissed.